Case 8:15-cr-00041-DSF   Document 50   Filed 08/11/15   Page 1 of 3   Page ID #:129

FILED
CLERK, U.S. DISTRICT COURT

AUG 11 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 15-0041 DSF-01 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER [OF DETENTION] [SETTING |
| v. | ) | CONDITIONS OF RELEASE] AFTER HEARING |
| | ) | (18 U.S.C. § 3148(b): |
| *Christopher Harati* | ) | (Allegations of Violation of |
| Defendant. | ) | Pretrial Conditions of Release) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge *Fischer*].

B.

The court finds there is

(1)

    (A)  ( )  Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (X)  Clear and convincing evidence that the defendant has violated any other condition of release; and

1   (2)
2       (A)   (✓)  Based on the factors set forth in 18 U.S.C. § 3142(g),
3                        there is no condition or combination of conditions of
4                        release that will assure that the person will not flee or
5                        pose a danger to the safety or any other person or the
6                        community; or
7       (B)   ( )  The person is unlikely to abide by any condition or
8                        combination of conditions of release.
9                        and/or, in the event of (1)(A)
10  (3)          ( )  There is probable cause to believe that, while on
11                       release, the defendant committed a Federal, State, or
12                       local felony, and the presumption that no condition or
13                       combination of conditions will assure that the person
14                       will not pose a danger to the safety of any other person
15                       or the community has not been rebutted.
16                              <u>or</u>
17  (4)         ( )  The court finds that there are conditions of release that
18                       will assure that the defendant will not flee or pose a
19                       danger to the safety of any other person or the
20                       community, and that the defendant will abide by such
21                       conditions. <u>See</u> separate order setting conditions.
22             ( )  It is further ordered that this order is stayed for 72
23                       hours in order to allow the Government to seek review
24                       from the [assigned district judge] [criminal duty
25                       district judge].
26                              <u>or</u>
27
28

C.

( ✓ )  IT IS ORDERED defendant be detained prior to trial.
       without prejudice

DATED: 8-11-15

U.S. MAGISTRATE/~~DISTRICT JUDGE~~
**Frederick F. Mumm**

[11/04]