

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER HARATI,<br><br>Defendant. | Case No. 8:15-CR-00041-DSF<br>**ORDER OF DETENTION**<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

    On April 15, 2022, Defendant Christopher Harati made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on January 5, 2022. Deputy Federal Public Defender Kate Morris was specially appointed to represent Defendant for the initial appearance. Deputy Federal Public Defender Adam Olin is appointed to represent Defendant.

    Defendant submitted on the detention recommendation in the Pretrial Services Report.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

  ☒ allegations in the petition include failure to notify the Probation Officer of change of address as required and Defendant's history of absconding.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

  ☒ allegations in the petition, criminal history, noncompliance, and substance abuse history.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: April 15, 2022

*Patricia Donahue*
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE